**JUDGE CROTTY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                           :
UNITED STATES OF AMERICA                   :
                                           :   SEALED ORDER
     - v. -                                :
                                           :   13 Cr. 213
JULIO SANTANA JOSEPH, et al.,              :
                                           :
               Defendants.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon application of the United States of America, by Preet Bharara, United States Attorney for the Southern District of New York, Adam Fee, Assistant United States Attorney, of counsel, it is hereby ORDERED that Indictment 13 Cr. 213 is hereby unsealed.

SO ORDERED:

Dated:   New York, New York
         May 27, 2014

_____
THE HONORABLE ~~GABRIEL W. GORENSTEIN~~
UNITED STATES MAGISTRATE JUDGE

*Sarah Netburn*



1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 27, 2013

**BY HAND**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *United States* v. *Julio Santana Joseph, et al.*,
       13 Cr. 213

Dear Judge Gorenstein:

  The above-referenced Indictment, which charges twenty-one defendants in three counts arising from their participation in an impersonation and extortion scheme, was returned by a grand jury on March 20, 2013, and remains under seal. The Government recently learned of the arrests of approximately 17 of the defendants by authorities in the Dominican Republic, which arrests were carried out at the request of the United States. In anticipation of additional proceedings in the United States in this matter, the Government respectfully requests that the Court enter an order, in the form enclosed, unsealing the charges against the defendants. The Government also respectfully requests that this case be assigned to a District Judge.

           Respectfully submitted,

           PREET BHARARA
           United States Attorney

      By: _/s/_____
         Adam Fee
         Assistant United States Attorney
         (212) 637-1589

Enclosure